# EXHIBIT A

## (The Agencies' January 13, 2026 Formal Endorsement Letter)

PORT AUTHORITY NY NJ
AIR LAND RAIL SEA

NEW YORK STATE | Thruway Authority

MTA Bridges and Tunnels

**VIA Email**
**January 13, 2026**

David Schnell
Senior Director & Executive
Conduent
7925 S. Park Pl.
Orlando, FL 32819

**Subject:** Vector Successor System Transition Impacts
Backlog of Correspondence Cases
Contracts: 15- RM-2949X, 460025346 and #C010572

Dear Mr. Schnell,

We have reviewed the claim submitted to Conduent by TTEC for Vector successor system transition impacts and concur with the claim.

Since the go-live of the Vector successor system on April 15, 2025, TTEC has dedicated substantial time and resources to address system deficiencies and implement workarounds necessary to maintain service levels and fulfill contractual obligations. These efforts have required additional labor, management oversight, and process adaptation beyond the original contract scope.

In accordance with Article 2.05(d) of the contract; "Each contractor shall be responsible to the other for all damage to work to persons or property caused to the other by their operations, and for loss caused the other due to unnecessary delays or failure to finish the Work within the time specified for completion". Accordingly, it is expected that Conduent will negotiate an equitable agreement with TTEC.

Please acknowledge your receipt of this notice by signing and dating in the space provided below. Promptly return one original to the attention of Lynn Gore, MTA Bridges and Tunnels, 2 Broadway, 23rd Floor, New York, NY 10004.

Acknowledged: Conduent State & Local Solutions, Inc.

Authorized Signature Date

Stephen Knapp
MTA Bridges & Tunnels

Diana Nebiolo
New York State Thruway Authority

Robin Bramwell-Stewart
Port Authority New York & New Jersey