King & Spalding LLP
1290 Avenue of the Americas
New York, New York 10104
T: +1 212 556 2100
F: +1 212 556 2222

**Christopher E. Duffy**
Partner
T: +1 214-764-4443
cduffy@kslaw.com

September 24, 2026

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *TTEC Government Solutions LLC v. Conduent Inc.*, No. 26-cv-6144 (RA): Unopposed Request for Adjournment of Rule 16 Conference**

Your Honor:

Pursuant to the Court's July 22, 2026 order (Dkt. 9), I write on behalf of defendant Conduent Incorporated ("Conduent") to respectfully request an unopposed adjournment of the upcoming Rule 16 conference, which is currently scheduled for October 2, 2026, at 2:30 p.m.

Plaintiff TTEC Government Solutions LLC ("TTEC") has indicated its intent to file an amended complaint on or before October 2, 2026. TTEC has also indicated that the amendment will result in a change in defendant. Conduent respectfully submits that a short adjournment in this context is both efficient and reasonable, as it will ensure that the appropriate parties are able to contribute to the Rule 26(f) report and accompanying joint letter, and to participate in the Rule 16 conference.

Accordingly, Conduent respectfully requests that the Court adjourn the Rule 16 conference until a date no earlier than ten business days after TTEC files its forthcoming amended complaint, which, if filed on October 2, would be October 19. Conduent also respectfully requests a corresponding extension of the September 25 deadline to file the Rule 26(f) report and accompanying joint letter.

Pursuant to Your Honor's Individual Rules, Conduent states that there have been no previous requests for an adjournment of the Rule 16 conference or an extension of the deadline to file the Rule 26(f) report and accompanying joint letter. TTEC has consented to the foregoing request.

Respectfully,

*/s/ Christopher E. Duffy*
Christopher E. Duffy

cc: All Counsel of Record (via ECF)

Application granted. The initial status conference is adjourned until October 23, 2026, at 2:30 p.m. By October 16, 2026, the parties are to jointly submit to the Court a proposed case management plan and scheduling order.

SO ORDERED.

Hon. Ronnie Abrams
September 25, 2026