**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TTEC GOVERNMENT SOLUTIONS LLC,<br><br>Plaintiff,<br><br>-against-<br><br>CONDUENT STATE & LOCAL SOLUTIONS, INC.,<br><br>Defendant. | 26-cv-06144 (RA) |

**DECLARATION OF CHRISTOPHER E. DUFFY**

I, Christopher E. Duffy, declare under penalty of perjury that the following statements are true and correct:

1. I am an attorney licensed and admitted to practice in the states of New York and Texas. I am a partner at King & Spalding LLP, attorneys for defendant Conduent State & Local Solutions, Inc. ("Defendant").

2. I submit this declaration in support of Defendant's Motion to Dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. Attached hereto as Exhibit A is a true and correct copy of the terms and conditions of a contract executed by and between the New York State Thruway Authority, on the one hand, and Conduent State & Local Solutions, Inc., on the other hand.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: October 28, 2026
New York, New York

*/s/ Christopher E. Duffy*
Christopher E. Duffy