UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TTEC GOVERNMENT SOLUTIONS LLC,<br>Plaintiff,<br>v.<br>CONDUENT INCORPORATED,<br>Defendant. | 26-CV-6144 (RA)<br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at the conference last week, Defendant shall file its motion to stay discovery by November 4, 2026. Plaintiff shall file its opposition by November 13, 2026, and Defendant shall file any reply by November 18, 2026. This matter is referred to Magistrate Judge Wang for general pretrial purposes, including resolution of the motion to stay and settlement discussions, by separate order.

SO ORDERED.

Dated: November 2, 2026
New York, New York

Ronnie Abrams
United States District Judge