**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TTEC GOVERNMENT SOLUTIONS LLC,<br><br>Plaintiff,<br><br>-against-<br><br>CONDUENT STATE & LOCAL SOLUTIONS, INC.,<br><br>Defendant. | 1:26-cv-06144 (RA) |

**DECLARATION OF TODD HARRISON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Todd Harrison, declare under penalty of perjury that the following statements are true and correct:

1. I am a partner at McDermott Will & Schulte LLP and am one of the attorneys representing Plaintiff TTEC Government Solutions LLC ("TTEC" or "Plaintiff") in the above-captioned action. I am licensed to practice law in the state of New York.

2. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss the Amended Complaint, which is being filed herewith.

3. Attached hereto as Exhibit 1 is a true and correct copy of the terms and conditions of the Customer Contact Center Agreement, Contract No. PSC-15-2982XA (the "TTEC Agreement").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: November 12, 2026
New York, New York

*/s/ Todd Harrison*
Todd Harrison